UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Toni Marano and Summer Schultz,
on behalf of themselves
and all others similarly situated and
the Proposed Minnesota Rule 23 Classes,

      Plaintiffs,

**ORDER**

v.

Right Choice Lodging, LLC,
d/b/a Holiday Inn on the Lake,

      Defendant.              Case No. 14-CV-01414 (MJD/LIB)

The above-captioned matter came before the Court with a request for a ruling on the papers to grant the Parties' Joint Motion for Preliminary Settlement Approval ("Joint Motion"). After reviewing all of the files and records herein, the Court makes the following Order:

IT IS HEREBY ORDERED:

    1.    The Parties' Joint Motion is GRANTED;

    2.    The Proposed Rule 23 Class and FLSA Collective are CERTIFIED for settlement purposes;

    3.    Plaintiffs' Counsel is hereby APPOINTED as Class Counsel;

    4.    Plaintiffs' Counsel is hereby APPOINTED as Settlement Administrator;

5. The Named Plaintiffs, Toni Marano and Summer Schultz, are hereby APPOINTED as Class Representatives;

6. The Class Notice, as attached to the Motion, is APPROVED for distribution. The Parties are permitted to modify the Class Notice prior to distribution to include applicable deadlines, adjust page numbers, insert information regarding the final hearing date, and, on the concluding page, insert today's date and the undersigned's printed name; and

7. A final settlement approval hearing in this matter is scheduled for May 14, 2015, at 2:00 p.m.

Dated:  January 6, 2015                               s/ Michael J. Davis
                                                      The Honorable Michael J. Davis
                                                      Chief Judge
                                                      United States District Court