UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Toni Marano and Summer Schultz, on behalf of themselves and all others similarly situated and the Proposed Minnesota Rule 23 Classes, | Case No. 14-CV-01414 (MJD/LIB) |
| Plaintiffs, | |
| v. | **ORDER** |
| Right Choice Lodging, LLC, d/b/a Holiday Inn on the Lake, | |
| Defendant. | |

---

The above-captioned matter came before the Court with a request for a ruling on the papers to grant the Parties' Joint Motion for Final Settlement Approval ("Joint Motion"). After reviewing all of the files and records herein, the Court makes the following Order:

IT IS HEREBY ORDERED:

1. The Parties' Joint Motion is GRANTED;

2. The Parties' proposed settlement allocation plan is APPROVED;

3. Named Plaintiff Toni Marano's petition for Class Representative Recognition Payment in the amount of $3,000 is GRANTED;

4. Named Plaintiff Summer Schultz's petition for Class Representative Recognition Payment in the amount of $3,000 is GRANTED;

1

5. Plaintiffs Counsel's petition for fees in the amount of $44,500 is GRANTED;

6. Plaintiffs Counsel's petition for reimbursement in the amount of $2,600 for out-of-pocket costs spent on prosecution of litigation is GRANTED;

7. Plaintiffs Counsel's petition for reimbursement in the amount of $1,000 for out-of-pocket costs spent on settlement administration is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated:   May 14, 2015                              s/ Michael J. Davis
                                                   Michael J. Davis
                                                   Chief Judge
                                                   United States District Court